**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG, <br><br> Plaintiff, <br><br> v. <br><br> MINI WORKS, LLC, <br><br> Defendant. | No. CV-07-1936-PHX-SMM <br><br> **ORDER** |

Currently pending before the Court is Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG's Motion to Permit Jason Cody, Esq. and Kevin Healy, Esq.[1] to Appear Telephonically at the Rule 16 Preliminary Pretrial Conference. Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Motion to Appear Telephonically for Rule 16 Preliminary Pretrial Conference on the 12th day of March, 2008 at 10:00 a.m. Mr. Cody and Mr. Healy shall call the Court on one clear telephone line at 9:55 a.m. Mountain Standard Time at 602-322-7555.

DATED this 10th day of March, 2008.

Stephen M. McNamee
United States District Judge

---

[1] Jason Cody, Esq. is counsel for Plaintiff and resides in Washington D.C., and Kevin Healy, Esq. is general counsel for Plaintiff and resides in New Jersey.