**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG, <br><br>  Plaintiffs, <br><br> v. <br><br> MINI WORKS, LLC, <br><br>  Defendant. | No. CV-07-1936-PHX-SMM <br><br> **ORDER** |

Upon consideration of Plaintiffs' Unopposed Motion to Modify Scheduling Order (Doc.48), and good cause appearing therefor,

**IT IS HEREBY ORDERED GRANTING** Plaintiffs' Motion to Modify Scheduling Order. (Doc. 48.)

**IT IS FURTHER ORDERED** that Defendants shall produce their documents and sworn answers in response to Plaintiffs' first set of document requests and interrogatories by July 29, 2008.

**IT IS FURTHER ORDERED** that Plaintiffs may have up to seven hours for the personal deposition of Defendant Victor Barreira.

**IT IS FURTHER ORDERED** that Plaintiffs may have until September 25, 2008 to make their opening expert disclosures.

DATED this 14th day of July, 2008.

Stephen M. McNamee
United States District Judge