**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG, <br><br>  Plaintiffs, <br><br> v. <br><br> MINI WORKS, LLC, <br><br>  Defendant. | No. CV-07-1936-PHX-SMM <br><br> **ORDER** |

Pursuant to Defendant's Motion for Extension of Time to Respond to Written Discovery (Doc. 50), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Motion for Extension of Time to Respond to Written Discovery. (Doc. 50.) Defendant's Responses to Plaintiffs' Written Discovery Requests shall be provided no later than **August 15, 2008**.

**IT IS FURTHER ORDERED** that Plaintiffs make their opening expert disclosures no later than **October 12, 2008.**

DATED this 1st day of August, 2008.

Stephen M. McNamee
United States District Judge