**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG, ) <br> Plaintiffs, <br> v. <br> MINI WORKS, LLC, <br> Defendant. | No. CV-07-1936-PHX-SMM <br> **ORDER** |

Pursuant to the parties' Motions for Extension of Time (Doc. 53 and 54), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Extension of Time to Respond to Written Discovery. (Doc. 53.) Defendant's Responses to Plaintiffs' Written Discovery Requests shall be provided no later than **August 15, 2008**. Defendants shall have until August 19, 2008 to fully comply with the Court's Order of July 14, 2008.

**IT IS FURTHER ORDERED GRANTING** Plaintiffs' Motion for Extension of Time to Make Opening Expert Disclosures. (Doc. 54.) Plaintiffs shall make their opening expert disclosures no later than **October 16, 2008.**

DATED this 20th day of August, 2008.

Stephen M. McNamee
United States District Judge