**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG, <br><br> Plaintiffs, <br><br> v. <br><br> MINI WORKS, LLC, <br><br> Defendant. | No. CV-07-1936-PHX-SMM <br><br> **ORDER** |

Upon consideration of Plaintiffs' Unopposed Motion to Modify Scheduling Order (Doc. 57), and good cause appearing therefor,

**IT IS HEREBY ORDERED GRANTING** the motion. (Doc. 57.) Plaintiffs shall make opening expert disclosures no later than November 25, 2008.

**IT IS FURTHER ORDERED** that all other dates set forth in this Court's June 16, 2008 Scheduling Order remain intact.

DATED this 12th day of September, 2008.

Stephen M. McNamee
United States District Judge