**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMW of NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG,<br><br>    Plaintiffs,<br><br>v.<br><br>MINI WORKS, LLC; POLE POSITION PARTNERS GROUP, LLC; POLE POSITION USA, LLC; VICTOR BARREIRA; and LINDA SCHARABY,<br><br>    Defendants. | No. CV 07-1936-PHX-SMM<br><br>**ORDER** |

Before the Court is Defendants' Motion for Extension of Time to Respond to Motion to Amend (Doc. 75). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion for Extension of Time to Respond to Motion to Amend (Doc. 75).

**IT IS FURTHER ORDERED** that Defendants' Response to Plaintiff's Motion for Leave to File Second Amended Complaint is due **Monday, January 5, 2009.**

DATED this 31st day of December, 2008.

Stephen M. McNamee
United States District Judge