1   **WO**

2

3

4

5               IN THE UNITED STATES DISTRICT COURT

6                   FOR THE DISTRICT OF ARIZONA

7

8   BMW OF NORTH AMERICA, LLC and )   No. CV 07-1936-PHX-SMM
    BAYERISCHE MOTOREN WERKE      )
9   AG,                           )   **ORDER**
                                  )
10              Plaintiffs,       )
                                  )
11  v.                            )
                                  )
12  MINI WORKS, LLC; POLE POSITION )
    PARTNERS GROUP, LLC; POLE     )
13  POSITION USA, LLC; VICTOR     )
    BARREIRA; and LINDA SCHARABY, )
14                                )
                Defendants.       )
15  _____)

16

17          Before the Court is the parties' Stipulation to Revise Scheduling Order (Doc. 79).

18  After consideration of the Stipulation, and good cause appearing,

19          **IT IS HEREBY ORDERED** that the following deadlines for expert disclosure,

20  discovery, and dispositive motions shall apply:

21          1.      All fact discovery by the parties shall be completed by **January 16, 2009**,

22                  except that, subject to Plaintiffs' objections to specifications in Defendants'

23                  recently noticed Rule 30(b)(6) depositions and entry of a confidentiality

24                  order in this case, Defendant's witness may appear for the noticed

25                  depositions from his/her location during the week of **January 19, 2009**.

26          2.      Defendants shall make any and all expert disclosures by **January 27, 2009.**

27          3.      Plaintiffs shall make any and all rebuttal expert disclosures by **March 6,**
                    **2009**.

28          4.      All expert depositions shall be completed by **March 20, 2009**.

1        5.     All dispositive motions shall be filed by **April 3, 2009.**

2        **IT IS FURTHER ORDERED VACATING** the Final Pre-Trial Conference set

3   for March 19, 2009 at 4:00 p.m.  A Final Pre-Trial Conference date shall be determined

4   upon the Court's ruling on any dispositive motions.

5        **IT IS FURTHER ORDERED** that all other dates set forth in the Court's June 16,

6   2008 Scheduling Order remain intact (Doc. 45).

7        DATED this 12th day of January, 2009.

8

9                      Stephen M. McNamee

10                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28