**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC and BAYERISCHE MOTOREN WERKE AG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MINI WORKS, LLC; POLE POSITION PARTNERS GROUP, LLC; POLE POSITION USA, LLC; VICTOR BARREIRA; and LINDA SCHARABY,<br><br>　　　　Defendants. | No. CV 07-1936-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation Governing Confidentiality (Doc. 81). Upon consideration of the Stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Protected Order is entered by the Court (Doc. 81).

DATED this 13th day of January, 2009.

_____
Stephen M. McNamee
United States District Judge