**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

BMW OF NORTH AMERICA, LLC and )    No.  CV 07-1936-PHX-SMM
BAYERISCHE MOTOREN WERKE    )
AG,                                             )    **ORDER**
                                                    )
            Plaintiffs,                         )
                                                    )
v.                                               )
                                                    )
MINI WORKS, LLC; POLE POSITION )
PARTNERS GROUP, LLC; POLE      )
POSITION USA, LLC; VICTOR        )
BARREIRA; and LINDA SCHARABY, )
                                                    )
            Defendants.                       )
                                                    )

        Before the Court is Motion to Extend Defendants' Expert Disclosure Deadline
(Doc. 83).  Defendants request a three-week extension to continue their efforts to locate
an affordable rebuttal expert.

        The June 16, 2008 Scheduling Order has been modified multiple times in this case
to accommodate both parties (Docs. 45, 49, 52, 56, 58).  Specifically, as to expert
disclosures, Defendants asked the Court for an extension of their expert disclosures after
an extension was granted to Plaintiffs to make their opening expert disclosure (Doc. 72).
Defendants requested a deadline of January 13, 2009 to submit their expert disclosures.
The Court denied this extension, and instead asked the parties to file a stipulation setting
out agreed-upon deadlines for discovery, expert disclosures, and dispositive motions
(Doc. 73).  The Court granted the stipulation, including Defendants' requested deadline of
January 27 to make its expert disclosures (Doc. 80).  Defendants' request for yet another

1  extension will not be granted, when the parties previously submitted a stipulation of

2  agreed-upon dates.

3       Accordingly,

4       **IT IS HEREBY ORDERED DENYING** Motion to Extend Defendants' Expert

5  Disclosure Deadline (Doc. 83).

6       **IT IS FURTHER ORDERED** that all dates set forth in the Court's January 12,

7  2009 Scheduling Order remain intact (Doc. 80).

8       DATED this 29th day of January, 2009.

9

10

Stephen M. McNamee
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -